UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR MENJVAR GIRON,

                      Petitioner,

        -against-

KENNETH GENALO, et al.,

                    Respondents.

26-CV-2324 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By no later than March 22, 2026, Petitioner shall file a response to Respondents' letter at Dkt. No. 5 indicating whether Petitioner has any objection to the transfer of this case to the U.S. District Court for the Eastern District of New York.

SO ORDERED.

Dated:   March 21, 2026
         New York, New York

                             LEWIS J. LIMAN
                     United States District Judge